IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**MISTY LEE ANGEL-GONZALEZ**                                          **PLAINTIFF**

v.                          No. 3:16-CV-00116-JTK

**NANCY A. BERRYHILL,**
Acting Commissioner,
Social Security Administration                                        **DEFENDANT**

## JUDGMENT

Pursuant to the order entered in this case on this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final decision of Nancy A. Berryhill, Acting Commissioner of the Social Security Administration, is AFFIRMED. Judgment is entered in favor of the Commissioner.

So ordered this 24th day of May 2017.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE